FILED: April 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6506

(5:07-cr-00270-F-1)

(5:11-cv-00568-F)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

SANDY RAY YARBOROUGH, a/k/a Ham

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:07-cr-00270-F-1<br>5:11-cv-00568-F |
| Date notice of appeal filed in originating court: | 04/08/2015 |
| Appellant (s) | Sandy Ray Yarborough |
| Appellate Case Number | 15-6506 |
| Case Manager | T. Fischer<br>804-916-2704 |